935 F.2d 1280
 Babcock (Thomas E.)
v.
Bergen County Board of Social Services, Steinhart (Mitchell
I.), Bergen County Probation Dept., Brill (Peter N.), Wall
(Jane), Handsman (Holly), Honig & Friedrich, Friedrich (Jay
Joseph, Esq.), Leeds (Spencer A., Esq.), Superior Court of
New Jersey, Chancery Div., Family-Part Bergen County Krafte
(Conrad W., Honorable, J.S.C.), Kendall (Bea), Jelly (Tamara
Royal), Arriaza (Higinio), Ridgewood's Village Ford
 NO. 90-5865
 United States Court of Appeals,
Third Circuit.
 MAY 17, 1991
 
 Appeal From: D.N.J.,
 Debevoise, J.
 
 
 1
 AFFIRMED.